ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number **SACR 09 0028**                    Defendant Number 1
U.S.A. v. AHMADULLAH SAIS NIAZI                 Year of Birth 1974
☑ Indictment    ☐ Information        Investigative agency (FBI, DEA, etc.) FBI/ICE

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
   ☐ Petty Offense    ☐ Class B Misdemeanor
b. Date of offense 2/24/04 through 4/2/08
c. County in which first offense occurred
   Orange County
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles      ☐ Ventura
   ☑ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☐ Other _____
Citation of offense 18 USC 1621, 18 USC 1425, 18 USC
1546, 18 USC 1001

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?        ☑ No        ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases
may be related if a previously filed indictment or information
and the present case:
a. arise out of the same conspiracy, common scheme,
   transaction, series of transactions or events; or
b. involve one or more defendants in common, and would
   entail substantial duplication of labor in pretrial, trial or
   sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED
CASE** N/A

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
   Case Number _____
   Charging _____

The complaint:        ☐ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*        ☑ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
   ☐ Yes*        ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS
DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS
CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?** ☐ Yes        ☐ No

This is the ___N/A___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*        ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
   ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or
Information?
   ☐ Yes        ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE
MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF
EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes        ☑ No
IF YES, list language and/or dialect:

_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

☑ Male                    ☐ Female
☑ U.S. Citizen            ☐ Alien
Alias Name(s) Ahmadullah Khan, Ahmadullah Sais,
Ahmadullah Sais Khan, Ahmadullah Khan Sais

This defendant is charged in:     ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes      ☑ No
IF YES, should matter be sealed?  ☐ Yes      ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud       ☐ public corruption
☐ government fraud                   ☐ tax offenses
☐ environmental issues               ☐ mail/wire fraud
☐ narcotics offenses                 ☑ immigration offenses
☐ violent crimes/firearms            ☐ corporate fraud
☐ Other: perjury, false statement

_____

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?         ☐ Yes        ☐ No
d. Is a Fugitive            ☐ Yes        ☐ No
e. Is on bail or release from another district:

   _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.        ☑ Yes        ☐ No

Defendant is in custody:
a. Place of incarceration:   ☐ State      ☐ Federal
b. Name of Institution: ___ N/A _____
c. If Federal: U.S. Marshal's Registration Number:

   _____
d. ☐ Solely on this charge. Date and time of arrest:

   _____
e. On another conviction:    ☐ Yes        ☐ No
   IF YES ☐ State      ☐ Federal      ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes      ☐ No
   IF YES ☐ State      ☐ Federal      AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: N/A

_____

_____

_____

_____

_____


Date   February 9, 2009                         _Deirdre Z. Eliot_
                                                 Signature of Assistant U.S. Attorney

                                                 DEIRDRE Z. ELIOT
                                                 Print Name